FORM orfinal (Rev. 07/10)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

---

In Re:  Brian Joseph Tucker  
    SSN/ITIN: xxx–xx–9170  
    Debtor  
Natausha Michelle Tucker  
    SSN/ITIN: xxx–xx–0030  
    Joint Debtor

Bankruptcy Case No.:   11–40408–KKS

Chapter:  13  
Judge:  Karen K. Specie

---

### *FINAL DECREE*

The estate of the above named debtor has been fully administered.

***IT IS ORDERED THAT:***

- Leigh D. Hart is discharged as trustee of the estate of the above–named debtor and the bond is canceled; and

- The bankruptcy case of the above–named debtor is closed; and

- Other provisions: None

**DONE AND ORDERED** at Tallahassee, Florida, January 9, 2015 .

                                          <u>/s/ Karen K. Specie</u>  
                                          Karen K. Specie  
                                          U.S. Bankruptcy Judge

Service to:  
    All parties in interest