United States Bankruptcy Court
Northern District of Florida

In re:                                                                          Case No. 11-40408-KKS
Brian Joseph Tucker                                                             Chapter 13
Natausha Michelle Tucker
       Debtors

# CERTIFICATE OF NOTICE

District/off: 1129-4          User: lisom              Page 1 of 1              Date Rcvd: Jan 09, 2015
                              Form ID: orfinal         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2015.
db/jdb         +Brian Joseph Tucker,   Natausha Michelle Tucker,   P.O. Box 6734,   Tallahassee, FL 32314-6734

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2015                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2015 at the address(es) listed below:
      Allen   Turnage    on behalf of Debtor Brian Joseph Tucker service@turnagelaw.com
      Allen   Turnage    on behalf of Joint Debtor Natausha Michelle Tucker service@turnagelaw.com
      Dennis Jay LeVine    on behalf of Creditor   Bank of America, N.A. courtinfo@bcylaw.com
      Leigh D. Hart    on behalf of Trustee Leigh D. Hart ldhdock@earthlink.net,
       ldhtre@earthlink.net;ldhadmin@earthlink.net
      Leigh D. Hart    ldhdock@earthlink.net,    ldhtre@earthlink.net;ldhadmin@earthlink.net
      Maurice D. Hinton    on behalf of Creditor   CitiMortgage, Inc. mdh@rasflaw.com,
       bkyecf@rasflaw.com;ccamayd@rasflaw.com
      Stefan Beuge    on behalf of Creditor   CitiMortgage, Inc. FLND.bankruptcy@phelanhallinan.com,
       jay.jones@phelanhallinan.com
      United States Trustee    USTPRegion21.TL.ECF@usdoj.gov
                                                                                            TOTAL: 8

FORM orfinal (Rev. 07/10)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

In Re:  Brian Joseph Tucker  
    SSN/ITIN: xxx–xx–9170  
    Debtor  
Natausha Michelle Tucker  
    SSN/ITIN: xxx–xx–0030  
    Joint Debtor  

Bankruptcy Case No.:  11–40408–KKS

Chapter:  13  
Judge:  Karen K. Specie

### *FINAL DECREE*

The estate of the above named debtor has been fully administered.

***IT IS ORDERED THAT:***

- Leigh D. Hart is discharged as trustee of the estate of the above–named debtor and the bond is canceled; and

- The bankruptcy case of the above–named debtor is closed; and

- Other provisions: None

***DONE AND ORDERED*** at Tallahassee, Florida, January 9, 2015 .

                                              /s/ Karen K. Specie  
                                              Karen K. Specie  
                                              U.S. Bankruptcy Judge

Service to:  
    All parties in interest